UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81214-DMM

PATRICIA KENNEDY, individually,

       Plaintiff,

v.

PSM SEA PLUM TOWN CENTER, LLC,

       Defendant.

_____

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's Pretrial Scheduling Order and Order Referring Case to Mediation [D.E. 9], Plaintiff Patricia Kennedy and Defendant PSM Sea Plum Town Center, LLC, by and through their respective undersigned counsel, jointly advise the Court that the parties have agreed to a settlement in this matter. The parties request the Court allow them fifteen (15) days within which to file the documentation concluding this litigation.

Dated: November 17, 2016

| | |
|---|---|
| By: /s/ Philip Michael Cullen, III | By: _Robert Shawn Hogue_____ |
| **Thomas B. Bacon, P.A.** | **K&L Gates LLP** |
| *Counsel for Plaintiff Patricia Kennedy* | *Counsel for Defendant PSM Sea Plum Town Center, LLC* |
| Philip Michael Cullen, III, Esq. | Carol C. Lumpkin, Esq. |
| Florida Bar No. 167853 | Florida Bar No. 797448 |
| cullen@thomasbaconlaw.com | carol.lumpkin@klgates.com |
| 621 South Federal Highway, Suite Four | Stephanie N. Moot, Esq. |
| Fort Lauderdale, Florida 33301 | Florida Bar No. 30377 |
| Telephone: (954) 462-0600 | stephanie.moot@klgates.com |
| Facsimile: (954) 462-1717 | Robert S. Hogue |
| | Florida Bar No. 0091155 |
| | shawn.hogue@klgates.com |
| | Southeast Financial Center |
| | 200 S. Biscayne Boulevard, Suite 3900 |
| | Miami, FL 33131-2399 |
| | Telephone: 305-539-3300 |

300312751 v1

Facsimile:     305-358-7095

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of November 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties on the attached service list.

## SERVICE LIST

## Case No. 9:16-cv-81214-DMM

Philip Michael Cullen, III, Esq.
Thomas B. Bacon, P.A.
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Tel: (954) 462-0600
Fax: (954) 462-1717
cullen@thomasbaconlaw.com
*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　  /s/     Robert Shawn Hogue