UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81214-CV-MIDDLEBROOKS

PATRICIA KENNEDY,

    Plaintiff,

v.

PSM SEA PLUM TOWN CENTER LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Joint Stipulation for Dismissal with Prejudice, filed November 28, 2016. (DE 38). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.** The Court reserves jurisdiction to enforce the terms of the settlement agreement between the Parties.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 30 day of November, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record